**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00044-CV

———————

### IN THE INTEREST OF G.M., A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2015-13128**

## O R D E R

Appellant D.H.'s brief was due October 15, 2020. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **November 16, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.